UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> GIRARD RESOURCES & RECYCLING LLC, <br><br> Defendant. | CASE NO. 2:21-cv-00443-RAJ-JRC <br><br> ORDER RENOTING MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE |

This matter is before the Court on referral from the District Court and on the parties' stipulated motion to re-note the pending motion to dismiss (Dkt. 12), which is currently noted for the Court's consideration on June 25, 2021.

The parties request that the motion be re-noted to July 2, 2021, in light of plaintiff's counsel's schedule. The parties also request that plaintiff's response be due by 5:00 p.m., June 25, 2021, and that defendant's reply brief be due by 11:59 p.m. on July 2, 2021. The Court grants all these requests.

1  The Clerk's Office shall update the docket to reflect that the motion to dismiss (Dkt. 12)

2  is re-noted for consideration on July 2, 2021, with the responsive brief due no later than 5:00

3  p.m., June 25, 2021, and the reply brief due no later than 11:59 p.m., July 2, 2021.

4  Dated this 9th day of June, 2021.

J. Richard Creatura
Chief United States Magistrate Judge