UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WASTE ACTION PROJECT,

        Plaintiff,

   v.

GIRARD RESOURCES & RECYCLING LLC,

        Defendant.

CASE NO. 2:21-cv-00443-RAJ-JRC

ORDER AMENDING PRETRIAL SCHEDULING ORDER

This matter is before the Court on referral from the District Court and on the parties' stipulated motion to amend the pretrial scheduling order. Dkt. 23. The Court finds good cause and amends the pretrial scheduling order (Dkt. 11) in this matter as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | January 7, 2022 | May 6, 2022 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | February 4, 2022 | June 3, 2022 |
| Rebuttal expert disclosures | February 18, 2022 | June 17, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | | |

| | | | |
|---|---|---|---|
| Discovery completed by | | July 27, 2022 | November 23, 2022 |
| All dispositive motions must be filed by (see LCR 7(d)) | | August 24, 2022 | December 23, 2022 |
| The parties shall participate in mediation (see LCR 39.1(c)) no later than this date, including engaging in a good faith attempt to negotiate settlement at least 30 days before the mediation, as required by LCR 39.1(c)(2). | | September 14, 2021 | March 4, 2022 |

Except as amended herein, the parties shall comply with the previous pretrial scheduling order. Dkt. 11.

Dated this 22nd day of December, 2021.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULING
ORDER - 2