1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   WASTE ACTION PROJECT,

11              Plaintiff,

12        v.

13   GIRARD RESOURCES & RECYCLING
     LLC,

14              Defendant.

15

CASE NO. 2:21-cv-00443-RAJ-JRC

ORDER GRANTING LEAVE TO
AMEND AND STRIKING
SCHEDULING ORDER

16        This matter is before the Court on plaintiff's motion to file an amended complaint,

17   naming an additional defendant, the City of Snoqualmie.  Dkt. 26.  The motion is unopposed,

18   which the Court deems an admission that the motion has merit.  *See* LCR 7(b)(2).

19        The Court finds good cause to amend the scheduling order's deadlines for joinder and for

20   amending pleadings in light of defendant's lack of opposition and plaintiff's explanation that it

21   was only after these deadlines that it learned of the City's role in the allegations related to this

22   matter.  *See In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir.

23   2013).   In addition, plaintiff asserts that it had to wait 60 days after serving a notice of intent to

24

ORDER GRANTING LEAVE TO AMEND AND
STRIKING SCHEDULING ORDER - 1

sue on April 19, 2022, under a statutory notice provision, before it may file a complaint naming an additional defendant.  Dkt. 26, at 4.  The Court also finds that amendment under Federal Rule of Civil Procedure 15 is appropriate because defendant does not assert that the Court should deny the motion and because neither undue delay, bad faith, prejudice, nor futility are apparent.  *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1482 (9th Cir. 1997).

Plaintiff shall file the proposed amended complaint (Dkt. 26-1) as the operative complaint in this matter on or before **June 24, 2022**, in light of plaintiff's explanation that it must await the close of a sixty-day notice period beginning April 19, 2022.  *See* Dkt. 26, at 4.

The Court also finds good cause to strike the scheduling order in this matter, including due to the pendency of the motion to dismiss (Dkt. 12) and the Court's allowance of an amended complaint adding an additional party.  All deadlines previously set forth in the Court's scheduling order are stricken (Dkt. 24), and within 30 days of the City of Snoqualmie's appearance, the parties shall confer and file a joint status report to assist the Court in scheduling this matter.

Dated this 6th day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge