1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIRARD RESOURCES & RECYCLING LLC,<br><br>　　　　　Defendant. | CASE NO. 2:21-cv-00443-RAJ-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND |

　　　This matter is before the Court on the parties' stipulated motion to amend the case schedule. *See* Dkt. 28. The parties seek permission for plaintiff to file an amended complaint on August 24, 2022, rather than the June 24, 2022, deadline set by the Court. *See* Dkt. 28, at 2. They assert that the extension will allow the parties to attempt to resolve this matter by settlement.

　　　The Court finds good cause and grants the request. The amended complaint is due no later than August 24, 2022. If this matter is not resolve by August 24, 2022, the parties shall

1  confer and file a joint status report to assist the Court in scheduling this matter, which report
2  shall be filed 30 days after the City of Snoqualmie's appearance.
3      Dated this 24th day of June, 2022.

                                                J. Richard Creatura
                                                Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
AMEND - 2