|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| WASTE ACTION PROJECT,<br><br>              Plaintiff,<br><br>     v.<br><br>GIRARD RESOURCES & RECYCLING, LLC,<br><br>              Defendant. | | CASE NO. 2:21-cv-00443-RAJ-JRC<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE |

This matter is before the Court on referral from the district court and on the parties' stipulated motion to amend the case schedule. *See* Dkt. 30.

The parties ask for another extension of the deadline for plaintiff to file an amended complaint. *See id.* at 3. The parties inform the Court that they have made significant progress since the last extension and are nearing a settlement of this matter. *See id.* The Court finds good cause and grants the motion.

The amended complaint is due no later than October 24, 2022. If this matter is not resolved by that date, within 30 days of the City of Snoqualmie's appearance, the parties shall file a joint status report suggesting a new case schedule.

Dated this 26th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge