UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>            Plaintiff,<br><br>      v.<br><br>GIRARD RESOURCES & RECYCLING LLC,<br><br>            Defendant. | CASE NO. 2:21-cv-00443-RAJ-JRC<br><br>ORDER TO SHOW CAUSE |

   This matter is before the Court on referral from the district court and on plaintiff's failure to file an amended complaint.

   On June 6, 2022, this Court granted plaintiff's motion for leave to file an amended complaint and ordered plaintiff to file the amended complaint by June 24, 2022. *See* Dkt. 27. On June 23, 2022, plaintiff filed a stipulated motion to extend the deadline to file its amended complaint so that the parties may explore settlement. *See* Dkt. 28. The Court extended the deadline to file the amended complaint to August 24, 2022. *See* Dkt. 29. On the day the amended complaint was due, plaintiff requested another extension because the parties were getting closer

to settlement. *See* Dkt. 30. The Court extended the deadline to file an amended complaint to October 24, 2022. *See* Dkt. 31.

As of the date of this Order, plaintiff has not filed its amended complaint. Accordingly, plaintiff is ordered to show cause why it has failed to comply with a Court Order. Plaintiff's response to this Order is due no later than November 11, 2022.

Dated this 4th day of November, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge