1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10   WASTE ACTION PROJECT,

11               Plaintiff,                         CASE NO. 2:21-cv-00443-RAJ-JRC

12        v.                                        ORDER RE DISMISSAL OR JOINT
                                                    STATUS REPORT
13   GIRARD RESOURCES & RECYCLING
     LLC,
14
                    Defendant.

15

16        This matter is before the Court on referral from the district court and on plaintiff's

17   response to this Court's order to show cause. *See* Dkts. 32, 33.

18        The Court ordered plaintiff to show cause why it failed to file its amended complaint by

19   October 24, 2022. *See* Dkt. 32 at 2. In response, plaintiff's counsel submitted a declaration

20   stating that plaintiff no longer wishes to add the City of Snoqualmie as a defendant and that he

21   anticipates this matter will be settled by December 15, 2022. *See* Dkt. 33 at 3.

22        Based on plaintiff's response, the Court strikes all pretrial deadlines. The parties shall file

23   a notice of dismissal when this matter is settled. If the matter does not settle, the parties are

24

ORDER RE DISMISSAL OR JOINT STATUS REPORT
- 1

ordered to submit a joint status report with their proposed pretrial deadlines by December 20, 2022.

Dated this 16th day of November, 2022.

J. Richard Creatura
Chief United States Magistrate Judge