UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GIRARD RESOURCES & RECYCLING LLC,<br><br>　　　　Defendant. | CASE NO. 2:21-cv-00443-RAJ-JRC<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on referral from the district court and on this Court's order to dismiss or file a joint status report. *See* Dkt. 34.

On November 16, 2022, based on plaintiff's representation that the parties were nearing settlement, the Court struck the pretrial deadlines and ordered the parties to file a *joint* status report with proposed pretrial deadlines by December 20, 2022, if they could not reach a settlement. *See* Dkt. 34. On December 15, 2022, plaintiff filed a status report informing the Court that the parties could not reach a settlement agreement and that plaintiff did not receive a response from defendant regarding filing a joint status report. *See* Dkt. 35 at 2. Plaintiff proposes

ORDER TO SHOW CAUSE - 1

several pretrial deadlines, including mediation. *See id.* at 3. As of the date of this Order, defendant has not filed a response or its own status report.

Accordingly, the Court orders defendant to show cause why it has failed to obey a Court order. Defendant's response is due by January 6, 2023. Failure to obey a Court order may result in appropriate sanctions.

Dated this 28th day of December, 2022.

J. Richard Creatura
Chief United States Magistrate Judge