UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GIRARD RESOURCES & RECYCLING,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-00443-RAJ-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. 173), objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

　　(1)　The Court adopts the Report and Recommendation (Dkt. 173).

　　(2)　Defendant's Motion for Summary Judgment (Dkt. 155) is **DENIED**.

　　(3)　Plaintiff's Motion for Partial Summary Judgment (Dkt. 149) is **GRANTED**. On the undisputed record, Defendant violated the Clean Water Act ("CWA") as detailed below:

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

**Unpermitted Discharge Violations**

Defendant discharged stormwater associated with industrial activity to navigable waters from a point source without National Pollutant Discharge Elimination System ("NPDES") permit authorization. Defendant violated the prohibition on unpermitted discharges at least once per calendar quarter between February 1, 2016, and March 2, 2023, when it obtained NPDES permit coverage, for a total of 29 violations.

**Violations of the Industrial Stormwater General Permit ("ISGP")**

Defendant discharged stormwater associated with industrial activity to navigable waters while in violation of the terms and conditions of its NPDES permit, the ISGP, after it obtained permit coverage on March 2, 2023.

(1) Defendant violated Condition S3 of the ISGP once for each day that it failed to properly develop a Stormwater Pollution Prevention Plan ("SWPPP"), including:

   a. Between March 3, 2023, and July 19, 2023, Defendant violated Condition S3.A for each day it did not have any SWPPP in place (138 days);

   b. Between July 20, 2023, and December 27, 2023, Defendant violated Condition S3.B for each day that its First SWPPP was deficient (140 days); and

   c. Between December 28, 2023, and the date of Plaintiff's Motion for Partial Summary Judgment, June 28, 2024, Defendant violated Condition S3.B for each day that its Second SWPPP was deficient (203 days).

(2) Defendant violated the ISGP in several respects related to its slurry processing embankment, including:

  a. Defendant did not sample the stormwater discharges from the slurry processing embankment, which it was required to do quarterly pursuant to Condition S4.B (4 violations);

  b. Defendant did not submit a Discharge Monitoring Report ("DMR") for the slurry processing embankment, which it was required to do quarterly pursuant to Condition S9.B.4.a (4 violations); and

  c. Between March 3, 2024, and the date of Plaintiff's Motion for Partial Summary Judgment, June 28, 2024, Defendant violated Condition S3.A.1 for each day that it failed to implement stormwater Best Management Practices ("BMPs") on the slurry processing embankment (483 days).

(3) Defendant violated Condition S3.B.4.b of the ISGP by for each day that it failed to implement required BMPs, including:

  a. Between March 3, 2023, and June 5, 2023, failing to implement erosion and sediment control BMPs (94 days);

  b. Between March 3, 2023, and June 5, 2023, failing to implement BMPs preventing the use of process slurry water as a dust suppressant (94 days);

  c. Between March 3, 2023, and July 24, 2023, failing to keep dumpsters under cover or fit with a storm-resistant lid (143 days);

  d. Between March 3, 2023, and the date of Plaintiff's Motion for Partial Summary Judgment, June 28, 2024, failing to implement BMPs to prevent "track-out" (483 days);

  e. A single violation for failing to implement BMPs for the handling and storing of slurry-processing solids;

ORDER ADOPTING REPORT AND RECOMMENDATION - 3

    f.  A single violation for failing to implement BMPs preventing the discharge of a large volume of highly turbid water.

In sum, on the undisputed record, the Court finds that Defendant committed 1,334 discrete violations of the CWA as a matter of law within the statute of limitations. The Clerk is directed to send copies of this Order to counsel for both parties, and to the Hon. Grady J. Leupold.

DATED this 30th day of September, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 4